# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3158
_____

JOSE JOAQUIN OROPESA,

Appellant,

v.

SUNBELT RENTALS SCAFFOLDING
SERVICES, INC., and CHARTER
OAK FIRE INSURANCE CO.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge of Compensation Claims.

Date of Accident: June 27, 2023

February 5, 2026

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley Guy Smith and Nicolette Emerald Tsambis of Smith, Feddeler & Smith, P.A., Lakeland, for Appellant.

Steven Hartnell Preston of Hicks, Porter & Stein, P.A., Miami, for Appellees.